GRAND BEACH COMPANY, Land Owners Association, and Charles S. Abbott v. GRAND RAPIDS TRUST COMPANY.

No. 7312.

Circuit Court of Appeals, Sixth Circuit.
Jan. 15, 1936.

Gore, Harvey & Fisher, of Benton Harbor, Mich., for appellant.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., for appellee.

PER CURIAM.

Docketed and dismissed on motion of appellee.

---

GREAT LAKES DREDGE & DOCK COMPANY, Appellee, v. THE Steamtug LEHIGH, Interports Transportation Corp'n, Appellee.

THE Steam Tug BARWICK, Barwick, Inc., Appellant.

No. 424.

Circuit Court of Appeals, Second Circuit.
June 8, 1936.

Lynch, Hagen & Atkins, of New York City (Henry C. Eidenbach, of New York City, of counsel), for appellant.

Chauncey I. Clark and Adrian J. O'Kane, both of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree 15 F.Supp. 425 affirmed.

---

Charles M. HARRIS v. GULF, MOBILE & NORTHERN RAILROAD CO.

No. 7334.

Circuit Court of Appeals, Sixth Circuit.
Feb. 5, 1936.

Luther H. Graves, of Memphis, Tenn., for appellant.

Fitzhugh, Murrah & Fitzhugh, of Memphis, Tenn., for appellee.

PER CURIAM.

Docketed and dismissed on court's own motion.

---

George S. HAWKE v. SERVICISED PRODUCTS CORPORATION, Edward S. Gillette, Joseph Rubin, Frank E. Spencer, and Albert C. Fischer.

No. 7310.

Circuit Court of Appeals, Sixth Circuit.
Jan. 15, 1936.

George S. Hawke, of Cincinnati, Ohio, for appellant.

Logan & Dougherty, of Toledo, Ohio, for appellees.

PER CURIAM.

Docketed and dismissed on motion of appellant.